UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Symba Nicole Locklear**            **Docket No. 5:18-CR-284-1FL**

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Symba Nicole Locklear, who, upon an earlier plea of guilty to Conspiracy to Commit Bank Fraud, in violation of, 18 U.S.C. § 1349, 18 U.S.C. § 1344(1) and 18 U.S.C. § 1344 (2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 5, 2019, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Symba Nicole Locklear was released from custody on March 05, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** This offender submitted a urinalysis on March 11, 2019, which tested positive for oxycodone and oxymorphone. When confronted about this matter the offender admitted that she took an unknown pill from her grandmother due to a back ache. The offender stated that she did not have an issue with substance abuse and this was an oversight. It should also be noted that this offender is currently pregnant and was warned that if this illicit use becomes an issue, immediate action would be requested of the court due to the safety of the unborn child.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Mark Culp<br>Mark Culp<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-483-8613<br>Executed On: March 19, 2019 |

**Symba Nicole Locklear**
**Docket No. 5:18-CR-284-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __21st__ day of __March__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge